# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONNIE SPELLS,** | : | **CIVIL NO. 3:15-CV-1046** |
| | : | |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **WARDEN EBBERT,** | : | |
| | : | |
| Respondent | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 16th day of July 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

3. The Clerk of Court is directed to NOTIFY the petitioner.

4. The Clerk of Court is further directed to CLOSE this case.

                                             **BY THE COURT:**

                                             **s/James M. Munley**
                                             **JUDGE JAMES M. MUNLEY**
                                             **United States District Court**